## WARD V. THE STATE.
(Decided Jan. 23, 1913.)

APPEAL from Dale Circuit Court.

Heard before Hon. M. SOLLIE.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. Appeal dismissed.

---

## WHITLEY V. THE STATE.
(Decided Nov. 28, 1912.)

APPEAL from Winston Circuit Court.

Heard before Hon. J. J. CURTIS.

MAYHALL & STAGNER, and GUNN & POWELL, for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. Appeal dismissed.

---

## WILLIAMS V. TOWN OF WETUMPKA.
(Decided Nov. 21, 1912.)

APPEAL from Elmore Circuit Court.

Heard before Hon. W. W. PEARSON.

No counsel marked for either party.

Per curiam. Affirmed on certificate.

---

## WILSON V. THE STATE.
(Decided Jan. 13, 1913.)

APPEAL from Montgomery City Court.

Heard before Hon. ARMSTEAD BROWN.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. Affirmed.